FILED

10 AUG -9 AM 10: 02

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY V. WILLIAMS,<br><br>　　　　　　　　Petitioner,<br><br>vs.<br><br>GARY SWARTHOUT, Warden,<br><br>　　　　　　　　Respondent. | Civil No.  10-1543 BEN (NLS)<br><br>**SUMMARY DISMISSAL OF SUCCESSIVE PETITION PURSUANT TO 28 U.S.C. § 2244(b)(3)(A) GATEKEEPER PROVISION** |

　　Petitioner, Anthony V. Williams, a state prisoner proceeding pro se, has filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 together with a request to proceed in forma pauperis. The Court does not rule on Petitioner's request to proceed in forma pauperis because this case is summarily dismissed pursuant to 28 U.S.C. § 2244(b)(3)(A) as indicated below.

## PETITION BARRED BY GATEKEEPER PROVISION

　　The instant Petition is not the first Petition for a Writ of Habeas Corpus Petitioner has submitted to this Court challenging his April 23, 1998 conviction in San Diego Superior Court case No. SCN 074831. On July 24, 2002, Petitioner filed in this Court a First Amended Petition for Writ of Habeas Corpus in case No. 02cv1245. In that petition, Petitioner challenged his conviction in San Diego Superior Court case No. SCN 074831 as well. On October 24, 2003, this Court denied the petition on the merits. (*See* Order filed Oct. 24, 2003 in case No. 02cv1245 IEG (JFS) [Doc. No. 17].) Petitioner appealed that determination. On February 11, 2004, the

Ninth Circuit Court of Appeals denied Petitioner's request for a Certificate of Appealability. (*See* Order in *Williams v. Lamarque*, No. 03-57181 (9th Cir. Feb. 11, 2004) [Doc. No. 22].)

Petitioner is now seeking to challenge the same conviction he challenged in his prior federal habeas petition. Unless a petitioner shows he or she has obtained an Order from the appropriate court of appeals authorizing the district court to consider a successive petition, the petition may not be filed in the district court. *See* 28 U.S.C. § 2244(b)(3)(A). Here, there is no indication the Ninth Circuit Court of Appeals has granted Petitioner leave to file a successive petition.

## CONCLUSION

Because there is no indication Petitioner has obtained permission from the Ninth Circuit Court of Appeals to file a successive petition, this Court cannot consider his Petition. Accordingly, the Court **DISMISSES** this action without prejudice to Petitioner filing a petition in this court if he obtains the necessary order from the Ninth Circuit Court of Appeals. For Petitioner's convenience, the Clerk of Court shall attach a blank Ninth Circuit Application for Leave to File Second or Successive Petition.

**IT IS SO ORDERED.**

DATED: August 8, 2010

Roger T. Benitez
United States District Judge